UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
:
Ramales Photography LLC            :     25 -CV- 627   (DEH)
:
Plaintiff,    :
:
v.                        :     ORDER OF REFERENCE
:     TO A MAGISTRATE JUDGE
:
MediaNews Group, Inc.              :
Defendant.    :
:
------------------------------------------------------------X

DALE E. HO, United States District Judge:

This action is referred to the assigned Magistrate Judge for the following purpose(s):

■ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

☐ Specific Non-Dispositive Motion/Dispute: _____

☐ If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

☐ Settlement

☐ Inquest After Default/Damages Hearing

☐ Consent under 28 U.S.C. § 636(c) for all purposes (including trial)

☐ Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)
Purpose: _____

☐ Habeas Corpus

☐ Social Security

☐ Dispositive Motion (i.e., motion requiring a Report and Recommendation).
Particular Motion: _____

SO ORDERED.

Dated: January 27, 2025
New York, New York

_____
DALE E. HO
United States District Judge